In the Matter of FLORENCE B. ZIEGLER, as Surviving Spouse of OTTO H. ZIEGLER, Deceased, Respondent.

FRITZ ZIEGLER, as Executor of OTTO H. ZIEGLER, Deceased, et al., Appellants.

Submitted May 20, 1943; decided June 18, 1943.

*Abraham J. Goldberg* for appellants.

*Isidor Tankus* and *Benjamin Feldman* for respondent.

Order affirmed, with costs to petitioner-respondent payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.